IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-11639 |
| Eugenio A Gamez | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jacqueline P. Cox |

## AMENDED NOTICE OF MOTION

To: Eugenio A Gamez, 300 Dunbar Ct. Streamwood, IL 60107 *via US Mail*

Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

The United States Trustee *notice via ECF delivery system*

Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306

*via US Mail*

Shapiro, Kreisman & Associates, LLC, Michael J Kalkowski, Counsel for Wells Fargo, 2121 Waukegan Road, Suite #301, Bannockburn, IL 60015 *via US Mail*

Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 *via US Mail*

*See attached service list*

On March 30, 2020 at 9:00 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Jacqueline P. Cox or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604, and shall present the MOTION TO USE SELL OR LEASE PROPERTY 363(b) at which time you may appear if so desired.

Any party who objects to this matter and wants the matter called, must file a Notice of Objection no later than 2 business days before the presentment date.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St, Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before March 24, 2020.

/s/ *David H. Cutler*
Attorney for Debtor(s)