**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

Eugenio A Gamez

Debtor

Case no. 19-11639

Chapter 13

Judge Jacqueline P Cox.

## AMENDED
## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on __June 1__, 20__20__, at __9:00__ a.m./p.m., I will appear before the Honorable __Jacqueline P. Cox__, or any judge sitting in that judge's place, and present the motion of __to Use Sell or Lease Property 363(b)__ [to/ for] _____, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: __David H. Cutler__
Attorney for Debtor
David H. Cutler
4131 Main St., Skokie, Il 60076
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

    I, __David H. Cutler__, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __May 19__, 20__20__, at __5:00__ a.m./p.m.