UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-11639 |
| Eugenio A Gamez | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER PERMITTING THE SALE OF REAL ESTATE

Having read the motion for permission to sell real estate, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor is authorized to sell real estate located at 300 Dunbar Ct., Streamwood, IL 60107 for the approximate amount of $153,000.00.
2. The Debtor shall forward a copy of the RESPA or Closing Disclosure Settlement Statement to the Chapter 13 Trustee in this case within 3 days after the closing.
3. At the closing proceeds of the transaction shall be used to pay off all existing mortgages and other liens against the Debtor's real estate plus usual and customary closing costs and fees of the Debtor; Wells Fargo will be paid in full at closing subject to a proper payoff quote, or that any sale short of full payoff will be subject to Wells Fargo's final approval, and the deadline for the sale closing should be within 90 days from the date of the order.
4. Pursuant to Debtor's Divorce Decree he is to split the value of the property and in addition pay his ex-spouse $5,000.00 from proceeds of the real estate sale.
5. Except for the homestead exemption amount of $15,000.00, the balance remaining after payment of the amounts listed in paragraph 3 shall be forwarded to the Chapter 13 Trustee Tom Vaughn, who must allocate that balance between creditors and the Debtor in the manner described in the Debtor's confirmed Chapter 13 plan or modification thereof.
6. Parties presently within the personal jurisdiction of the Bankruptcy Court may be subject to civil contempt remedies for violation of this order. If other entities, including the lender, title company, or other escrow-account holder, do not comply with this order, they may be subject to a suit to avoid and recover unauthorized post petition transfers pursuant to 11 U.S.C. §§ 549 & 550.

Enter: *Jacqueline P. Cox*
JCox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: JUN 1 2 2020

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko