UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Case No. 19-11639
 Honorable Jacqueline P. Cox
Eugenio A Gamez  Chapter 13

**AGREED ORDER RESOLVING THE MOTION TO MODIFY STAY FILED BY ALLY FINANCIAL**

At Chicago, Illinois, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the motion of Ally Financial, to modify the automatic stay; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Ally Financial shall be allowed attorney fees and costs in the amount of $688.00.00 pursuant to Illinois State law, the retail installment contract dated November 16, 2015, for the 2016 CHEVROLET COLORADO, VIN: 1GCGTCE39G1166645 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That Ally Financial shall be allowed to add the attorney fees and costs of $688.00 to the account (which amoutn has already been tendered by the Debtor).

ENTER:

DATE: _____  _____
 Bankruptcy Judge

_____/s/ James M. Philbrick_____  _____
James M. Philbrick  Attorney for Debtors
Attorney for **Ally Financial**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690